JS-6

Michael D. Zeff (SBN 78685)
Michael L. Withem (SBN 83002)
ROSENTHAL, WITHEM & ZEFF
16027 Ventura Boulevard, Suite 320
Encino, California 91436-2763
Telephone: (818) 789-7711
Facsimile: (818) 986-3875
E-Mail: Withem@rosenthalzeff.com

Attorneys for Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD K. BRANDT; TZIPORA BRANDT; and Does 1 to 10, Inclusive,<br>Defendants. | CASE NO. 2:16-cv-02326-R<br><br>DISTRICT JUDGE: MANUEL L. REAL<br><br>**ORDER ON EX PARTE APPLICATION FOR REMAND**<br><br><br>UD Complaint Filed: October 30, 2015<br>Defendants' First Appearance<br>  in Unlawful Detainer: November 30, 2015<br>Action Removed to this Court: April 5, 2016 |

Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, by and through its attorney of record, Michael L. Withem, of Rosenthal, Withem & Zeff, respectfully submits to this Court a proposed Order to Remand. Having considered Plaintiff's Ex Parte Application for Remand, along with any responses or replies, and all evidence presented by the parties, the Court rules as follows:

/ / /

1

IT IS ORDERED that the Ex Parte Application for Remand be granted and the instant case is remanded to Superior Court of California, County of Los Angeles, Santa Monica Courthouse, West District.

IT IS SO ORDERED.

DATED: April 18, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16027 Ventura Blvd., Suite 320, Encino, CA 91436.

On April 6, 2016, I served the foregoing document, described as **[PROPOSED] ORDER ON EX PARTE APPLICATION FOR REMAND** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

<u>*Counsel for UD Defendants Donald K. Brandt and Tzipora Brandt:*</u>
Steven M. Tamer, Esq.
Tamer Law Corp.
15760 Ventura Blvd., Suite 700
Encino, CA 91436
Tel: 818-784-1400

____ **BY OVERNIGHT MAIL / FEDERAL EXPRESS**

__X__ **(BY ELECTRONIC FILING)** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

__X__ **(BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United States Mail at Encino, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

____ **(BY FACSIMILE)** I caused such document(s) to be telephonically transmitted to the offices of the addressee(s)' facsimile machine as stated on the attached service list. The transmission by facsimile was reported as complete and without error, and the transmission report shall be attached to the original Proof of Service.

<u>JURISDICTION</u>

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of the Court at whose direction the service was made.

Executed on April 6, 2016 at Encino, California.

/s/ Marisa Laskey
MARISA LASKEY